STARN • O'TOOLE • MARCUS & FISHER
A Law Corporation

DOUGLAS S. CHIN          6465-0
JOHN W. KELLY            9907-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawai'i 96813
Telephone: (808) 537-6100
Email:  dchin@starnlaw.com
        jkelly@starnlaw.com

WILLIAMS & CONNOLLY LLP

RYAN T. SCARBOROUGH *(pro hac vice)*
JESSE T. SMALLWOOD *(pro hac vice)*
DANIEL N. BOGER *(pro hac vice)*
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
Email:  rscarborough@wc.com
        jsmallwood@wc.com
        dboger@wc.com

Attorneys for Defendant
BANK OF AMERICA, N.A.

*– and –*

CADES SCHUTTE
A Limited Liability Law Partnership

PATRICIA J. MCHENRY          4267
1000 Bishop Street, Suite 1200
Honolulu, HI 96813
Telephone: (808) 521-9200
Email: pmchenry@cades.com

2678130.2

GOODWIN PROCTER LLP

BROOKS BROWN (*pro hac vice*)
LEVI SWANK (*pro hac vice*)
JOSEPH F. YENOUSKAS (*pro hac vice*)
1900 N. Street, NW
Washington DC 20036
Telephone: (202) 346-4000
Email: bbrown@goodwinlaw.com
           jyenouskas@goodwinlaw.com

COURTNEY L. HAYDEN (*pro hac vice*)
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
Email:  chayden@goodwinlaw.com

Attorneys for Defendant
THE BANK OF NEW YORK MELLON

2678130.2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NATHAN EARL AIWOHI, individually, and on behalf of others similarly situated,<br><br>TOBY ALAMOANA KEOHOKAPU, JR., individually, and on behalf of others similarly situated,<br><br>DARLENE K. EBOS, as successive PERSONAL REPRESENTATIVE of THE ESTATE OF BARBARA ANITA BALIGUAT, individually, and on behalf of others similarly situated,<br><br>SUSAN DESHAW, individually, and on behalf of others similarly situated,<br><br>THOMAS JOHNSON, individually, and on behalf of others similarly situated,<br><br>MARIA K. WILLIAMS JAMES, individually, and on behalf of others similarly situated,<br><br>LAZARA A. RODRIGUEZ, individually, and on behalf of others similarly situated,<br><br>JULIE NICOLAS, individually, and on behalf of others similarly situated,<br><br>            Plaintiffs,<br>   v. | CIVIL NO. 1:22-cv-00312-JAO-RT<br><br>**DEFENDANTS' SCHEDULING CONFERENCE STATEMENT; CERTIFICATE OF SERVICE**<br><br>Scheduling Conference:<br>Date:  July 28, 2023<br>Time:  9:15 a.m.<br>Judge:  Honorable Rom Trader |

2678130.2

| | |
|---|---|
| BANK OF AMERICA, N.A. and THE BANK OF NEW YORK MELLON,<br><br>                    Defendants. | |

### DEFENDANTS' SCHEDULING CONFERENCE STATEMENT

Defendants BANK OF AMERICA CORPORATION, N.A. ("**BANA**") and THE BANK OF NEW YORK MELLON ("**BNYM**"), by and through their undersigned attorneys, respectfully submit their Scheduling Conference Statement pursuant to Local Rule 16.2(b) of the United States District Court for the District of Hawaii.

### I.     NATURE OF THE CASE

Plaintiffs NATHAN EARL AIWOHI, TOBY ALAMOANA KEOHOKAPU, JR., DARLENE K. EBOS, SUSAN DESHAW, THOMAS JOHNSON, MARIA K. WILLIAMS JAMES, LAZARA A. RODRIGUEZ, and JULIE NICOLAS (collectively, "*Plaintiffs*"), are comprised of three Florida and five Hawai'i borrowers who defaulted on their respective mortgage loans. Plaintiffs allege that after their respective loans were originated, they were sold and pooled into trusts through a process known as securitization. Plaintiffs allege that BANA inherited servicing rights for loans it purchased. Plaintiffs further allege that BNYM served as securitization trustee for trusts that held some, but not all, of Plaintiffs' loans. Plaintiffs argue generally that BANA and BNYM (collectively, "*Defendants*")

formed an enterprise and engaged in a pattern of racketeering in the form of mail and wire fraud. Plaintiffs allege that Defendants committed these predicate acts of fraud when they used the mails and wires to submit false evidence and testimony in their foreclosure proceedings to deceive the trial court into issuing foreclosure judgments against Plaintiffs.

Plaintiffs seek class certification, damages, and injunctive and equitable relief from Defendants under the Racketeer Influenced and Corrupt Organizations Act ("**RICO**"), 18 U.S.C. §§ 1962 (c), 18 U.S.C. §§ 1964 (a) and (c), and 18 U.S.C. §§ 1341, 1343.

Defendants deny Plaintiffs' allegations of wrongdoing and further deny that Plaintiffs are entitled to any of their requested relief or class certification.

## II.    STATEMENT OF JURISDICTION

Plaintiffs allege jurisdiction is proper as their claims for relief arise under RICO, 18 U.S.C. §§ 1961 (1)(B), 18 U.S.C. §§ 1962(c); 18 U.S.C. §§ 1964 (a) and (c); 18 U.S.C. §§ 1341 and 1343. Plaintiffs further claim that this Court has original subject matter jurisdiction over these claims pursuant to 28 U.S.C. § 1331.

## III.    JURY TRIAL DEMAND

Defendants acknowledge that Plaintiffs have demanded a jury trial.

## IV.    TIMING OF DISCLOSURES

Defendants intend to file a Joint Motion to Dismiss Plaintiffs' Amended Complaint on or before the August 14, 2023 deadline set by this Court [ECF No.

70]. If this lawsuit proceeds beyond the motion to dismiss stage (and it is Defendants' position is that should not), the parties have agreed to exchange initial disclosures within 30 days of the Court's issuance of an order on Defendants' Joint Motion to Dismiss..

## V. STATUS OF DISCOVERY AND MOTIONS

On July 19, 2022, Plaintiffs filed the original Complaint [ECF No. 2].

On March 23, 2023, the Court, upon a joint motion by Defendants, dismissed the original Complaint but gave Plaintiffs leave to amend by April 24, 2023. [ECF No. 57]. Plaintiffs then requested and obtained various extensions of time to file an amended complaint [ECF Nos. 59, 62, and 66].

On June 30, 3023, Plaintiffs filed the Amended Complaint [ECF No. 65].

On July 11, 2023, Plaintiffs and Defendants filed a Joint Motion to Exceed Page and Word Limit and for Extension of Time for Briefing Related to Defendants Bank of America, N.A. and The Bank of New York Mellon's Anticipated Omnibus Motion to Dismiss Amended Complaint, Filed June 30, 2023 [ECF No. 69], which was granted by the Court on July 12, 2023 [ECF No. 70]. Defendants' deadline to file an omnibus motion to dismiss the Amended Complaint was extended to August 14, 2023  [ECF No. 70].

As of this filing, no discovery has been served by any party, and the only scheduled hearing is the Scheduling Conference on July 28, 2023.

## VI.  SPECIAL PROCEDURES

Outside of the request to exceed page and word limits and for an extension of time for briefing related to Defendants' forthcoming omnibus Motion to Dismiss the Amended Complaint, which was already approved by the Court, [ECF No. 70], no other special procedures are being requested at this time.

## VII.  STATEMENT OF RELATED CASES

Plaintiffs' claims against Defendants are based on the following underlying foreclosure cases in Hawaii and Florida.

1. *The Bank of New York Mellon v. Nathan Earl Aiwohi, et al.,* Civil No 13-1-0082, Fifth Circuit Court for the State of Hawaii; NO. CAAP-18-0000736 Intermediate Court of Appeals for the State of Hawaii.

2. *The Bank of New York Mellon v. Toby Alamoana Keohokapu Jr., et al.,* Civil No 1CC121001026, First Circuit Court for the State of Hawaii.

3. *The Bank of New York Mellon v. John Fernandez Baliguat, et al.,* Civil No 1CC131003138, First Circuit Court for the State of Hawaii.

4. *The Bank of New York Mellon v. Dennis Duane Deshaw, et al.,* Civil No 16-1-1821-09 (JHC), First Circuit Court for the State of Hawaii; No. CAAP-19-0000865, Intermediate Court of Appeals for the State of Hawaii; No. CAAP-22-0000266, Intermediate Court of Appeals for the State of Hawaii.

5. *US Bank Trust National Association as Trustee of the Igloo Series III Trust v. Thomas Moses Johnson III, et al.,* Civil No 1CCV-19-0002277, First Circuit Court for the State of Hawaii.

6. *The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificate holders of the CWALT, Inc., Alternative Loan Trust 2006-0A10 Mortgage Pass-through Certificates, Series 2006-OA10, Plaintiff, vs. Lazara A. Rodriguez, et al.,* Case No. 2009-CA-062378 in Miami-Dade Circuit Court.

7. *Green Tree Servicing LLC, Plaintiff, vs. Maria K. Williams-James, et al.,* Case No. 2015-CA-018433 in the Eleventh Circuit Court for the State of Florida.

8. *The Bank of New York Mellon, F/K/A The Bank of New York as Trustee for Registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-23 vs. Julie Nicolas, et al.,* Case No. 2018-037059-CA-01 in the Circuit Court of the 11th Judicial Circuit, Miami-Dade County, Florida.

*//*
*//*
*//*

2678130.2

## VIII.  ADDITIONAL MATTERS

None at this time.

DATED:  Honolulu, Hawaii, July 21, 2023.

>  */s/ Douglas S. Chin*
> DOUGLAS S. CHIN
> JOHN W. KELLY
> **STARN O'TOOLE MARCUS & FISHER**
>
> RYAN SCARBOROUGH *(pro hac vice)*
> JESSE T. SMALLWOOD *(pro hac vice)*
> DANIEL N. BOGER *(pro hac vice)*
> **WILLIAMS & CONNOLLY LLP**
>
> Attorneys for Defendant
> BANK OF AMERICA, N.A.
>
> */s/ Patricia J. McHenry*
> PATRICIA J. MCHENRY
> **CADES SCHUTTE**
>
> BROOKS BROWN *(pro hac vice)*
> COURTNEY HAYDEN *(pro hac vice)*
> LEVI SWANK *(pro hac vice)*
> JOSEPH F. YENOUSKAS *(pro hac vice)*
> **GOODWIN PROCTER LLP**
>
> Attorneys for Defendant
> THE BANK OF NEW YORK MELLON

- 7 -

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NATHAN EARL AIWOHI, individually, and on behalf of others similarly situated,<br><br>TOBY ALAMOANA KEOHOKAPU, JR., individually, and on behalf of others similarly situated,<br><br>DARLENE K. EBOS, as successive PERSONAL REPRESENTATIVE of THE ESTATE OF BARBARA ANITA BALIGUAT, individually, and on behalf of others similarly situated,<br><br>SUSAN DESHAW, individually, and on behalf of others similarly situated,<br><br>THOMAS JOHNSON, individually, and on behalf of others similarly situated,<br><br>MARIA K. WILLIAMS JAMES, individually, and on behalf of others similarly situated,<br><br>LAZARA A. RODRIGUEZ, individually, and on behalf of others similarly situated,<br><br>JULIE NICOLAS, individually, and on behalf of others similarly situated,<br><br>    Plaintiffs,<br> v. | CIVIL NO. 1:22-cv-00312-JAO-RT<br><br>**CERTIFICATE OF SERVICE** |

2678130.2

BANK OF AMERICA, N.A. and
THE BANK OF NEW YORK
MELLON,

           Defendants.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the date noted below, a true and correct copy of the foregoing document was duly served upon the following parties noticed herein at their last known address via CM/ECF:

FREDERICK J. ARENSMEYER, ESQ.    (fja@arensmeyerlaw.com)
737 Bishop Street, Suite 2920
Honolulu, HI 96813

    – and –

JAMES S. LEWIS, ESQ. *(pro hac vice)*    (jimlewisforflorida@yahoo.com)
2101 S. Andrews Avenue, Suite 201
Fort Lauderdale, FL 33301

Attorneys for Plaintiffs


DATED: Honolulu, Hawaii, July 21, 2023.

                                */s/ Douglas S. Chin*
                                DOUGLAS S. CHIN
                                JOHN W. KELLY
                                **STARN O'TOOLE MARCUS & FISHER**

                                RYAN SCARBOROUGH *(pro hac vice)*
                                JESSE T. SMALLWOOD *(pro hac vice)*
                                DANIEL N. BOGER *(pro hac vice)*
                                **WILLIAMS & CONNOLLY LLP**

                                Attorneys for Defendant
                                BANK OF AMERICA, N.A.

2678130.2