# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| NATHAN EARL AIWOHI, et al., | JUDGMENT IN A CIVIL CASE |
| Plaintiffs, | Case: CIVIL NO. 22-00312 JAO-RT |
| vs. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| BANK OF AMERICA, N.A., et al., | March 28, 2024 |
| Defendants. | At 8 o'clock and 55 min a.m.<br>LUCY H. CARRILLO, CLERK |

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

On March 28, 2024, the Court issued its Order, ECF 90: "ORDER GRANTING DEFENDANTS BANK OF AMERICA, N.A. AND THE BANK OF NEW YORK MELLON'S JOINT MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT (ECF NO. 76)," (March 28, 2024 Order).

IT IS ORDERED AND ADJUDGED that the First Amended Complaint is hereby DISMISSED with prejudice, pursuant to and in accordance with the March 28, 2024 Order. Further, the Clerk of Court is directed to enter judgment in favor of Defendants and to close this case.

| | |
|---|---|
| March 28, 2024 | LUCY H. CARRILLO |
| Date | Clerk |
| | /S/ LUCY H. CARRILLO, by J.I. |
| | (By) Deputy Clerk |